*E-FILED: May 22, 2013*

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800, Ext. 203
Facsimile: (408) 369-0752
pgore@prattattorneys.com

(Co-counsel listed on signature page)

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN AVILA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN VALLEY ORGANICS L.P.<br><br>Defendant. | Case No. C 5:13-CV-00335-HRL |

ORDER

On this date, came on to be heard Joint Stipulation indicating the following:

1. This case was filed on January 24, 2013

2. Counsel for Defendant, Mr. Robert E. Aune, Aune & Associates, One Maritime Plaza, Suite 1600, San Francisco, CA 94111, recently informed Plaintiff's counsel of the correct entity involved in this litigation is Redwood Hill Farm & Creamery, Inc.

3. The Amended complaint was filed on May 21, 2013.

4. Mr. Aune has agreed to accept service of process on behalf of Defendant, Redwood Hill Farm & Creamery, Inc. Plaintiff has agreed to allow Defendant, Redwood Hill Farm & Creamery, Inc. an additional 20 days making their responsive pleading due on July 5, 2013. The parties would ask the Court allow

this Agreed Case Management Statement to serve as an agreement and stipulation extending Defendant, Redwood Hill Farm & Creamery, Inc.'s responsive pleading from June 17, 2013 to July 5, 2013.

5. The Initial Case Management Conference is currently scheduled for May 28, 2013 at 1:30 p.m.

~~The Court orders and grants the current dates void and orders the Clerk to reset all current deadlines and hearings in accordance with the Defendant, Redwood Hill Farm & Creamery, Inc.'s July 5, 2013 deadline.~~

The Initial Case Management Conference is continued to **July 30, 2013**. All related deadlines are adjusted accordingly.

_____   DATED: May 22, 2013
Hon. Howard R. Lloyd,
United States Magistrate Judge