IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN AVILA, | CASE NO. 5:13-CV-00335-EJD |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| REDWOOD HILL FARM AND CREAMERY, INC., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on March 14, 2014. Having reviewed the Case Management Statement (see Docket Item No. 42 ), the court has determined an appearance is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 7, 204

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-CV00335-EJD
CASE MANAGEMENT ORDER