**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN AVILA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br>  v.<br><br>GREEN VALLEY ORGANICS L.P.,<br><br>    Defendant(s). | CASE NO. 5:13-cv-00335 EJD<br><br>**ORDER RE: STATEMENTS OF RECENT DECISION** |

Since this district's Civil Local Rules do not provide for the filing of Statements of Recent Decision after a motion's noticed hearing date,[1] the parties to this action shall not file any further Statements of Recent Decision with regard to the currently pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: April 2, 2014

EDWARD J. DAVILA
United States District Judge

---

[1] "*Before the noticed hearing date*, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument." Civ. L. R. 7-3(d)(2).

1
CASE NO. 5:13-cv-00335 EJD
ORDER RE: STATEMENTS OF RECENT DECISION