UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN AVILA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GREEN VALLEY ORGANICS, L.P., et al.,<br><br>    Defendants. | Case No.  5:13-cv-00335 EJD<br><br>**ORDER EXTENDING STAY** |

Having reviewed the parties' joint statement filed on October 27, 2014 (Docket Item No. 49) and good cause appearing therefor, the stay of this action imposed on May 30, 2014, is EXTENDED through January 30, 2015.  On or before that same date, the parties shall file a joint statement which provides an update of the FDA's action with respect to FDA guidance, if any.

**IT IS SO ORDERED.**

Dated:  October 29, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-00335 EJD
ORDER EXTENDING STAY